# United States Court of Appeals
## For the First Circuit

No. 20-1749

UNITED STATES OF AMERICA,

Appellee,

v.

JORGE MUÑOZ-MARTINEZ,

Defendant, Appellant.

**ERRATA SHEET**

The opinion of this Court, issued on August 22, 2023, is amended as follows:

On page 5, line 20, replace "tact" with "tack"

On page 12, line 7, replace "affect" with "effect"

On page 23, line 12, and page 25, line 3, replace "detainment" with "detention